# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO,
# EASTERN DIVISION

|  |  |
|---|---|
| **ERIN R. FLANAGAN,**<br>Plaintiff, *pro se*,<br><br>v.<br><br>**NORTHEAST OHIO REGIONAL SEWER DISTRICT, et al.,**<br>Defendants. | Case No.: 1:25-cv-02712-JPC<br><br>Judge: J. Philip Calabrese<br><br>Magistrate Judge Reuben J. Sheperd |

## PROPOSED ORDER GRANTING LIMITED STATUS QUO RELIEF
## PENDING COURT REVIEW

This matter is before the Court on Plaintiff's Emergency Motion for Limited Status Quo Relief to Prevent Mootness Pending Court Review.

Having reviewed the Motion, the record, and the procedural posture of this case, and being otherwise duly advised, the Court makes the following findings and orders.

### I. FINDINGS

1. Plaintiff filed this action on December 15, 2025, together with a Motion for Preliminary Injunction, seeking preservation of the status quo while required federal review processes related to the Shaker Lakes parklands remain ongoing.

2. The Motion for Preliminary Injunction remains pending before this Court.

3. Following the filing of this action, municipal defendants adopted emergency legislation authorizing execution of intergovernmental agreements with Defendant Northeast Ohio Regional Sewer District ("NEORSD") relating to construction activities within the Shaker Lakes parklands, with such legislation declared effective immediately.

4.  These post-filing authorizations contemplate construction coordination, allocation of long-term maintenance responsibilities, and post-construction obligations, and are premised on representations that prompt authorization was necessary to avoid delay to construction.

5.  On December 23, 2025, contractor personnel associated with NEORSD engaged in active vegetation clearing using powered equipment within the Shaker Lakes parklands, including within the riparian connector between Horseshoe Lake and Lower Lake.

6.  That activity paused only after contractor personnel sought internal direction and attempted to contact NEORSD, and before the Court had an opportunity to rule on Plaintiff's pending Motion for Preliminary Injunction.

7.  Taken together, these events demonstrate an escalating course of conduct treating the challenged project as construction-ready and creating a substantial risk that further ground-disturbing activity may occur before the Court can rule.

8.  Absent limited, interim relief, there is a substantial risk that irreversible physical alteration of the Shaker Lakes parklands will occur before judicial review can be completed, thereby threatening to moot this action and impair the Court's ability to grant effective relief.

9.  The limited, temporary relief requested is narrowly tailored to preserve existing conditions, prevent mootness, and protect the Court's jurisdiction while pending motions are under consideration.

## II. ORDER

Accordingly, IT IS ORDERED that:

1. Defendants, and all persons acting in concert with them, are TEMPORARILY ENJOINED from engaging in, authorizing, or directing any further ground-disturbing activity within the Shaker Lakes parklands, including but not limited to Horseshoe Lake, Lower Shaker Lake, and any directly or indirectly affected riparian or connector areas, pending the Court's resolution of Plaintiff's Motion for Preliminary Injunction.

2. This Order is limited in scope and duration and is entered solely to preserve the status quo and prevent mootness pending Court review. Nothing in this Order adjudicates the merits of Plaintiff's claims or resolves any disputed issue of law or fact.

3. This Order shall remain in effect until further order of the Court.

IT IS SO ORDERED.

Date: _____

J. Philip Calabrese
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that, on December 24, 2025, I served a true and correct copy of the foregoing Proposed Order Granting Limited Status Quo Relief Pending Court Review upon counsel of record for Defendants, and upon Defendants not yet represented, by electronic mail and/or other means reasonably calculated to provide notice. Formal service will be completed in accordance with the Federal Rules of Civil Procedure.

By:

/s/ Erin R. Flanagan
Erin R. Flanagan

4