# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| ERIN R. FLANAGAN, | ) | Case No. 1:25-cv-02712 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge Reuben J. Sheperd |
| | ) | |
| NORTHEAST OHIO REGIONAL | ) | |
| SEWER DISTRICT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MINUTES AND ORDER

On December 29, 2025, the Court held a hearing on Plaintiff's motion for a temporary restraining order in person on the record.

Erin R. Flanagan appeared on behalf of herself as Plaintiff.

George P. Sibley, III and Nathan Menard appeared for Defendant Northeast Ohio Regional Sewer District, who was also joined by Matt Scharver, its watershed team leader, and Eric Luckage, its chief legal officer.

Stephen W. Funk appeared for Defendants City of Shaker Heights and City of Cleveland Heights, who was also joined by William Gruber, the law director of Shaker Heights, William Hanna, the law director of Cleveland Heights, and Christian Maier, the assistant director of infrastructure of Shaker Heights.

Gilbert Blomgren, Bill Menzalora, and Alejandro L. Gonzalez Mercado appeared for Defendant City of Cleveland.

The Court heard arguments regarding Plaintiff's motion for a temporary restraining order.  (ECF No. 17.)  For the reasons stated on the record, the Court **DENIED** that motion and, therefore, also **DENIED** Plaintiff's notice of changed circumstances and motion for expedited consideration (ECF No 5).  Further, Plaintiff represented that her issue regarding electronic filing had been resolved; therefore, her motion for leave to file electronically is **DENIED AS MOOT**.  (ECF No. 4.)

The Court set the briefing schedule for Defendants' motion to dismiss and motion for judgment on the pleadings.  Specifically, Defendants Northeast Ohio Regional Sewer District, City of Shaker Heights, and City of Cleveland Heights shall file a motion to dismiss no later than January 16, 2026, in a single brief not to exceed fifteen (15) pages.  Defendant City of Cleveland shall file a motion for judgment on the pleadings no later than January 16, 2026, with its brief not to exceed eight (8) pages.  Deadlines for responses shall be by Rule.

**SO ORDERED.**

Dated:  December 30, 2025

J. Philip Calabrese
United States District Judge
Northern District of Ohio

2