# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO,
# EASTERN DIVISION

**ERIN R. FLANAGAN,**
  Plaintiff, *pro se*,

v.

**NORTHEAST OHIO REGIONAL SEWER DISTRICT, et al.,**
  Defendants.

Case No.: 1:25-cv-02712-JPC

Judge: J. Philip Calabrese

Magistrate Reuben J. Sheperd

---

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

---

Plaintiff Erin R. Flanagan, proceeding pro se, hereby voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

No defendant has served an answer or a motion for summary judgment.

Accordingly, this Notice effects dismissal of this action without a court order.

Respectfully submitted,

/s/ Erin R. Flanagan
Erin R. Flanagan, Esq. (OH: 0083291)
Attorney at Law
3091 Essex Road
Cleveland Heights, Ohio 44118
Phone: (216) 312-9555
Email: erin@erinflanaganlaw.com
Plaintiff, *pro se*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 6, 2026, I served a true and correct copy of the foregoing *Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i)* upon counsel of record for Defendants, and upon Defendants not yet represented, by electronic mail and/or other means reasonably calculated to provide notice. Formal service will be completed in accordance with the Federal Rules of Civil Procedure.

By:

/s/ Erin R. Flanagan
Erin R. Flanagan

2